**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. LATOYNA EXOM, an individual, ) | |
| ) | |
| Plaintiff, ) | Case No. 18-cv-00109-JHP-JFJ |
| v. ) | |
| ) | |
| 1. TULSA PUBLIC SCHOOLS, a public ) entity, ) | |
| ) | |
| Defendant. ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, LaTonya Exom, by and through her attorney of record, Jessica N. Bailey of *Armstrong & Vaught, P.L.C.*, and the Defendant, Tulsa Public Schools, by and through its attorney of record, Matthew P. Cyran of *Rosenstein, Fist & Ringold*, and, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims and causes of action brought against Defendant in the above styled and numbered case with prejudice, each party to bear his or its own attorney's fees and costs.

Dated this 16th Day of August, 2018.

2

Respectfully Submitted,

/s/ *Jessica N. Bailey*
Jessica N. Bailey, OBA No. 33114
Charles C. Vaught, OBA No. 19962
Armstrong & Vaught, P.L.C.
2727 E. 21st Street, Suite 505
Tulsa, OK 74114
(918) 582-2500 – Telephone
(918) 583-1755 – Facsimile
cvaught@a-vlaw.com
Attorney for Plaintiff


/s/*Matthew P. Cyran*
Matthew P. Cyran, OBA No.16918
Staci L. Roberds, OBA No. 18985
ROSENSTEIN, FIST & RINGOLD
525 South Main, Suite 700
Tulsa, Oklahoma  74103
Telephone:  (918) 585-9211
Facsimile:   (918) 583-5617
mcyran@rfrlaw.com
sroberds@rfrlaw.com
*Attorneys for the Defendant*